UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
     v.                             )     19-cr-10117-IT-9
                                    )
PETER JAN SARTORIO,                 )
                                    )
     Defendant.                     )
_____)

## ASSENTED-TO MOTION FOR RETURN OF PASSPORT

The defendant, Peter Sartorio, through undersigned counsel, hereby moves for the return of his United States passport, which is in the custody of the United States Probation/Pretrial Services Office.

In support of this motion, the defendant states as follows.

1. On May 22, 2019, the defendant made his initial appearance before United States District Judge Indira Talwani and pleaded guilty to a one count Information, alleging a violation of 18 U.S.C. § 1349.

2. As part of his release conditions, the Court ordered that the defendant surrender his United States passport to the United States Probation/Pretrial Services Office.

3. On October 11, 2019, the Court sentenced the defendant to one year of probation, a $9,500 fine, and a $100 special assessment.

4. The United States Probation/Pretrial Services Office remains in possession of the defendant's passport.

Accordingly, the defendant respectfully requests that the Court direct the United States Probation/Pretrial Services Office to return his passport to him or undersigned counsel.

                                         Respectfully submitted,

                                         PETER JAN SARTORIO
                                         By his attorney,

                                         */s/ Peter K. Levitt*
                                         Peter K. Levitt (BBO# 565761)
                                         Donnelly, Conroy & Gelhaar, LLP
                                         260 Franklin St., Suite 1600
                                         Boston, Massachusetts 02110
                                         (617) 720-2880
Dated:  October 30, 2019       pkl@dcglaw.com

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for the defendant conferred with Assistant United States Attorney Eric Rosen who assents to this motion.

                                         */s Peter K. Levitt*
                                         Peter K. Levitt

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 30, 2019

/s/ *Peter K. Levitt*
Peter K. Levitt